Certificate Number: 17572-PAE-DE-031113261

Bankruptcy Case Number: 18-12662



17572-PAE-DE-031113261

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 31, 2018, at 1:02 o'clock PM PDT, Lahsen Ouhnayen completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 31, 2018

By:  /s/Kristina Milicevic

Name:  Kristina Milicevic

Title:  Counselor