Certificate of Notice    Page 1 of 2

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lahsen Ouhnayen  
     Debtor

Case No. 18-12662-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Jun 01, 2018  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2018.  
db          +Lahsen Ouhnayen,    1712 Napfle Avenue,    Philadelphia, PA 19111-3421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2018 at the address(es) listed below:  
         GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;hsmith@gsbblaw.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation  
          bkgroup@kmllawgroup.com  
         ROBERT NEIL BRAVERMAN    on behalf of Debtor Lahsen  Ouhnayen robert@bravermanlaw.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Lahsen Ouhnayen<br>　　　　　　　Debtor(s) | CHAPTER 7 |
| Toyota Motor Credit Corporation<br>　　　　　　　Movant<br>vs.<br>Lahsen Ouhnayen<br>　　　　　　　Debtor(s) | NO. 18-12662 mdc |
| Gary F. Seitz Esq.<br>　　　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2014 TOYOTA SIENNA, VIN: 5TDXK3DCXES479028 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 30th day of May, 2018.

　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list